UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
**CENTRAL DIVISION at LEXINGTON**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | Criminal Case No. |
| Plaintiff/Respondent, | ) | 5:14-cr-119-JMH |
| | ) | |
| v. | ) | Civil Case No. |
| | ) | 5:17-cv-190 |
| ANGELO JONES, | ) | |
| | ) | **JUDGMENT** |
| Defendant/Petitioner. | ) | |
| | ) | |

***

Consistent with the Court's Memorandum Opinion and Order entered this date, **IT IS HEREBY ORDERED, ADJUDGED, AND DECLARED** as follows:

(1) Defendant Angelo Jones's Motion to Vacate, Amend, or Correct Sentence pursuant to 28 U.S.C. § 2255 [DE 76] is **DENIED**.

(2) Judgment is hereby **ENTERED** in favor of the United States.

(3) No Certificate of Appealability shall issue.

(4) This Order is **FINAL AND APPEALABLE** and **THERE IS NO JUST CAUSE FOR DELAY**.

(5) The Clerk of Court shall **STRIKE THIS MATTER FROM THE COURT'S ACTIVE DOCKET**.

This the 17th day of October, 2018.



Signed By:
*Joseph M. Hood*
Senior U.S. District Judge